# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00626-CV

**Lucia Ortiz, Appellant**

**v.**

**OW Clear Creek, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 21CCV91456, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 4, 2022.  On April 25, 2022, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a motion for extension of time or a brief accompanied by a motion for extension of time by May 5, 2022, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Prosecution

Filed:  May 18, 2022